# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN RODRIGUEZ,<br><br>        Plaintiffs,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>        Defendant. | Case No. 1:24-cv-00124-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE SCHEDULING REPORT<br><br>**MAY 17, 2024 DEADLINE** |

      The initial scheduling conference in this matter was initially set for May 14, 2024. (ECF No. 4.) On May 3, 2024, the Court issued an order continuing the scheduling conference to May 21, 2024. (ECF No. 8.) Pursuant to the order setting the mandatory scheduling conference, the parties were ordered to file a joint scheduling report one full week prior to the scheduling conference. (ECF No. 4 at 2.) No joint scheduling report has been filed in this action.

      Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions … within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000).

The Court shall require the parties to show cause in writing why sanctions should not issue for the failure to file a joint scheduling report in compliance with the Court's January 26, 2024 order. (ECF No. 4.)

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing **no later than May 17, 2024**, why sanctions should not issue for the failure to file a joint scheduling report as required by this Court's January 26, 2024 order; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **May 15, 2024**

UNITED STATES MAGISTRATE JUDGE