# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN RODRIGUEZ, | Case No.  1:24-cv-00124-SAB |
| Plaintiff, | ORDER DISREGARDING RESPONSES TO ORDER TO SHOW CAUSE AS INCORRECTLY FILED |
| v. | |
| TRANS UNION, LLC, | (ECF Nos. 17, 18) |
| Defendant. | |

On May 15, 2024, an order issued in this matter requiring the parties to show cause in writing by May 17, 2024, why a joint scheduling report had not been filed in compliance with the Court's January 26, 2024 scheduling order. (ECF No. 9.)  On May 16, 2024, Defendant filed a response to the Court's order. (ECF No. 11.)  On May 17, 2024, Plaintiff filed a document that was entitled "Motion for Three-Days Extension of Time to Further Respond to Order.")  (ECF No. 12.)  However, the document that was filed therein was a consent/decline form.  The Office of the Clerk disregarded the document as improperly filed and Plaintiff was directed to refile the document using the correct event.  (ECF No. 13.)

On May 20, 2024, an order issued discharging the May 15, 2024 order to show cause as to Defendant Trans Union and requiring Plaintiff to file scheduling dates by 4:00 p.m. that same day. (ECF No. 14.)  The order provided that failure to comply would result in the imposition of a fine of $50. per day beginning May 21, 2024 and continuing until such time as Plaintiff

1

complied with the order by filing a response to the order to show cause. (Id. at 2.) Plaintiff did not file the required documents although he did contact the Courtroom Deputy by phone and email without including Defendant in the communications.

On May 21, 2024, the scheduling conference was held by video conference with counsel for both parties attending. (ECF No. 15.) This same date Plaintiff filed two documents that were docketed as response to order to show cause. (ECF Nos. 17, 18.) The first document is proof of service of the summon in this matter which is not responsive to the order to show cause. (ECF No. 17.) The second document is a copy of the notice of direct assignment to magistrate judge which was issued in this action (ECF No. 4-1). (ECF No. 18.) This document is also not responsive to the order to show cause. Counsel is admonished to use more care when docketing to ensure that the documents that are filed match the event under which they are docketed.

Accordingly, IT IS ORDERED that the documents docketed May 21, 2024 as response to order to show cause are HEREBY DISREGARDED as improperly filed.

IT IS SO ORDERED.

Dated:  **May 22, 2024**

UNITED STATES MAGISTRATE JUDGE

2