# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>TRANS UNION, LLC,<br><br>  Defendant. | Case No. 1:24-cv-00124-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND ORDERING PLAINTIFF TO PAY $100. SANCTION<br><br>(ECF Nos. (9, 14)<br><br>FIVE (5) DAY DEADLINE |

On May 15, 2024, an order issued in this matter requiring the parties to show cause in writing by May 17, 2024, why a joint scheduling report had not been filed in compliance with the Court's January 26, 2024 scheduling order. (ECF No. 9.) On May 16, 2024, Defendant filed a response to the Court's order. (ECF No. 11.) On May 17, 2024, Plaintiff filed a document that was entitled "Motion for Three-Days Extension of Time to Further Respond to Order.") (ECF No. 12.) However, the document that was filed therein was a consent/decline form. The Office of the Clerk disregarded the document as improperly filed and Plaintiff was directed to refile the document using the correct event. (ECF No. 13.)

On May 20, 2024, an order issued discharging the May 15, 2024 order to show cause as to Defendant Trans Union and requiring Plaintiff to file scheduling dates by 4:00 p.m. that same day. (ECF No. 14.) The order provided that failure to comply would result in the imposition of a fine of $50. per day beginning May 21, 2024, and continuing until such time as Plaintiff

1   complied with the order by filing a response to the order to show cause.  (Id. at 2.)

2        On May 21, 2024, Plaintiff filed two documents entitled response to order to show cause
3   that were not responsive to the order to show cause.  (ECF No. 17, 18.)  On May 22, 2024, the
4   scheduling order and an order disregarding the nonresponsive documents issued.  (ECF Nos. 20,
5   21.)  On this same date, Plaintiff filed a scheduling report.  (ECF No. 22.)

6        Although Plaintiff has not responded to the order to show cause, a scheduling report has
7   been filed and the Court shall therefore discharge the order to show cause.  Counsel is advised
8   that sanctions will issue for any further failures to comply with orders of this court, and a written
9   response to the order to show cause should have been filed.  Plaintiff is ordered to pay $100. in
10  sanctions via cashier's check to the Clerk of the Court for the failure to file the scheduling report
11  for two days, until May 22, 2024

12       Accordingly, IT IS HEREBY ORDERED that:

13      1.  The May 15, 2024 order to show cause (ECF No. 9)  is DISCHARGED; and

14      2.  Plaintiff is ORDERED to pay $100. in sanctions via cashier's check to the Clerk of
15         Court within **five (5) days** of the filing of this order.

IT IS SO ORDERED.

Dated:   **May 23, 2024**

UNITED STATES MAGISTRATE JUDGE