# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISON

| | |
|---|---|
| CARMEN RODRIGUEZ,<br><br>          Plaintiff,<br>v.<br><br>TRANS UNION, LLC;<br><br>          Defendant. | Case No.: 1:24-cv-00124-JLT-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 26) |

On June 20, 2024, Plaintiff Carmen Rodriguez and Defendant Trans Union LLC filed a stipulation to dismiss this action with prejudice with the parties to bear their own costs and fees. (ECF No. 26.)

In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __June 21, 2024__

                                        UNITED STATES MAGISTRATE JUDGE

1